**Order entered March 7, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01104-CR

### DAVID LANE CHRISTOFFEL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 354th Judicial District Court
### Hunt County, Texas
### Trial Court Cause No. 31348

## ORDER

Before the court is court reporter Julie C. Vrooman's March 5, 2018 third request for an extension of time. We **GRANT** the request and **ORDER** the reporter's record filed within **THIRTY DAYS** of the date of this order. We expressly caution Ms. Vrooman that failure to file the reporter's record shall result in this Court taking appropriate actions to avoid further delay and to preserve the parties' rights which may include ordering Ms. Vrooman to not sit until the reporter's record in this case has been filed. *See* TEX. R. APP. P. 37.3(a)(1).

We **DIRECT** the Clerk to send copies of this order to the Honorable Keli M. Aiken, Presiding Judge, 354th Judicial District Court; Julie Vrooman, court reporter; and to all counsel.

/s/    LANA MYERS
        JUSTICE